JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KERRI ALTHOFF-GROMER, | ) | Case No.  2:18-CV-00082-KJN |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days from June 14 to July 16, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload over the next couple of weeks.

**Althoff-Gromer v. Berryhill**     **Stipulation and Proposed Order**     **E.D. Cal. 2:18-cv-00082-KJN**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 6, 2018                    JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      /s/Jacqueline A. Forslund
                                      JACQUELINE A. FORSLUND

                                      Attorney for Plaintiff


Date:  June 6, 2018                   MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/Carolyn B. Chen
                                      CAROLYN B. CHEN
                                      Special Assistant United States Attorney
                                      *By email authorization

                                      Attorney for Defendant


                                      ORDER

APPROVED AND SO ORDERED


Dated:  June 8, 2018

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

**Althoff-Gromer v. Berryhill**      Stipulation and Proposed Order      E.D. Cal. 2:18-cv-00082-KJN