MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KERRI ALTHOFF-GROMER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00082-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's motion for summary judgment. The current due date is September 17, 2018. The new due date will be November 1, 2018.

    This is Defendant's first request for an extension of time in this case, and the third request for an extension of time in this case overall. There is good cause for this request. Since the Court's granting of the previous stipulation for an extension of time, Defendant's counsel had been addressing her full workload of district court cases, including other cases that were previously extended. In addition, new matters that were not previously anticipated, had arisen

and have created some crowding of the briefing schedule around the due date of this case and in the next month, along with Defendant's counsel other cases. Thus, Defendant is respectfully requesting additional time up to and including November 1, 2018, to fully review the record that is over 1,400 pages, and research the issues presented by Plaintiff's lengthy motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: September 17, 2018          FORSLUND LAW, LLC

*s/ Jacqueline A. Forslund by C.Chen\**
(As authorized by email on 9/14/2018)
JACQUELINE A. FORSLUND
Attorneys for Plaintiff

Date: September 17, 2018          MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated:  September 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE